1  COLLEEN DUFFY-SMITH (161163)
   MORGAN DUFFY-SMITH & TIDALGO LLP
2  1960 The Alameda, Suite 220
   San Jose, California 95126
3  Telephone:    408-244-4570
   Facsimile:    408-423-8830
4  Email:        dmorgan@mdstlaw.com

5  Attorneys for Platniffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| **SanDisk Corporation,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**STMicroelectronics, Inc. et al.,**<br><br>                    Defendants | Case No. 5:04-cv-04379-JF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>**(N.D. Cal. Civ. L.R. 3-3, 3-12 and 7-11)** |

Having considered the Administrative Motion to Consider Whether Cases Should Be Related, and the papers submitted in support of such motion, and good cause appearing:

IT IS HEREBY ORDERED that the Administrative Motion to Consider Whether Cases Should Be Related is GRANTED pursuant to N.D. Cal. Civ. L.R. 3-12 and 7-11. The Court finds that the following cases, previously or currently pending in the Northern District of California, are related:

*SanDisk Corp. v. STMicroelectronics, Inc.*, Case No. C 04-4379 JF, filed October 15, 2004;

*SanDisk Corp. v. STMicroelectronics, Inc.*, Case No. C 05-5021 JF, filed December 6, 2005;

*STMicroelectronics, Inc. v. Harari et al.*, Case No. C 05-4691 JF, filed November 16, 2005;

*STMicroelectronics, Inc. v. Harari et al.*, Case No. C 08-2332 JF, filed May 6, 2008;

*Ritz Camera & Image, LLC v. SanDisk Corporation et al.*, Case No. 10-02787-HRL, filed June 25, 2010.

IT IS FURTHER ORDERED that Case No. 10-02787-HRL be reassigned pursuant to N.D. Cal. Civ. L.R. 3-12(f)(3) to the Honorable Jeremy Fogel

Dated: 7/7 , 2010

_____
The Honorable Jeremy Fogel
United States District Judge