\*\*E-Filed 9/2/2010\*\*

1 | RAOUL D. KENNEDY (Bar No. 40892)
2 | DAVID W. HANSEN (Bar No. 196958)
    | JAMES P. SCHAEFER (Bar No. 250417)
    | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3 | Four Embarcadero Center, Suite 3800
    | San Francisco, California 94111-4144
4 | Telephone: (415) 984-6400
    | Facsimile: (415) 984-2698
5 | Email: rkennedy@skadden.com; dhansen@skadden.com;
    |           james.schaefer@skadden.com

Attorneys for Defendants
SANDISK CORPORATION and ELIYAHOU HARARI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RITZ CAMERA & IMAGE, LLC, a Delaware limited liability company, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION, ELIYAHOU HARARI<br><br>Defendants. | CASE NO.: 5:10-CV-02787 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Jeremy Fogel |

Plaintiff, Ritz Camera & Image, LLC, and Defendants, SanDisk Corporation and Dr. Eliyahou Harari, hereby stipulate as follows:

1. Plaintiff filed a First Amended Complaint (Docket No. 27) against Defendants on August 25, 2010.

2. Plaintiff has agreed to extend the date by which Defendants shall be required to answer or otherwise respond to the First Amended Complaint until October 1, 2010.

3. Defendants shall therefore have until October 1, 2010 to answer or otherwise respond to the First Amended Complaint.

**STIPULATION AND [PROPOSED] ORDER**

1  Dated: August 30, 2010                BERRY & BARUCH

2

3                                         By:     /s/ R. Stephen Berry
                                                  R. Stephen Berry
4
                                                  Attorneys for Plaintiff,
5                                                 RITZ CAMERA & IMAGE, LLC

6
   Dated: August 30, 2010                SKADDEN, ARPS, SLATE, MEAGHER
7                                                 & FLOM LLP

8

9                                         By:     /s/ David W. Hansen
                                                  David W. Hansen
10
                                                  Attorneys for Defendants, SANDISK
11                                                CORPORATION and ELIYAHOU HARARI

12 i

13

14 PURSUANT TO THE STIPULATION OF THE PARTIES
   IT IS SO ORDERED:
15
   Dated: _____September 2_____, 2010
16

17  _____
18  HON. JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE
19  NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**

2