[ATTACHMENT B: DEFS PROPOSED ORDER]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RITZ CAMERA & IMAGE, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>SANDISK CORPORATION,<br>ELIYAHOU HARARI<br><br>  Defendants. | Case No.: C10-02787 JF/HRL<br><br>CASE MANAGEMENT ORDER |

All discovery in this matter, including initial disclosures, is stayed pending decision on Defendants' motion to dismiss.

The Court will set a status conference after the hearing on the Defendants' motion to dismiss to address discovery and other issues as necessary.

Dated: ____December 14__, 2010

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA