United States District Court<br>For the Northern District of California

\*\* E-filed May 2, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITZ CAMERA & IMAGE, LLC, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION,<br><br>Defendant. | No. C10-02787 JF (HRL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S UNOPPOSED MOTION**<br><br>**[Re: Docket Nos. 68, 73]** |

On April 11, 2011, Plaintiff filed an unopposed motion requesting that this Court schedule monthly discovery status conferences. Docket No. 68. Plaintiff proposed that the first such conference take place on May 17, 2011 at 1:30 p.m. Id. Thereafter, Plaintiff filed another unopposed motion, which asks this Court to consider the parties' respective proposed electronic discovery plans at the proposed May 17 status conference. Docket No. 73.

Upon review of the papers submitted, Plaintiff's unopposed motion for the scheduling of monthly discovery status conferences is GRANTED IN PART and DENIED IN PART. The Court will hold a discovery status conference on May 17 at 1:30 p.m., during which time the parties' respective proposed electronic discovery plans will be discussed. The Court does not intend to schedule further discovery status conferences.

**IT IS SO ORDERED.**

Dated: May 2, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02787 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Colleen Duffy-Smith | cduffysmith@mdstlaw.com, acalderon@mdstlaw.com |
| David W. Hansen | dhansen@skadden.com, alissa.turnipseed@skadden.com |
| James Patrick Schaefer | james.schaefer@skadden.com, aturnips@skadden.com, lrogers@skadden.com, nwilkes@skadden.com |
| Joseph S. Hall | jhall@khhte.com |
| Kfir B. Levy | klevy@khhte.com |
| Lara Anne Rogers | lara.rogers@skadden.com |
| Raoul Dion Kennedy | rkennedy@skadden.com, khartley@skadden.com, nathaniel.wilkes@skadden.com |
| Robert Stephen Berry | sberry@berrylawpllc.com, awoehler@berrylawpllc.com |
| Steven F. Benz | sbenz@khhte.com, itushe@khhte.com, sattaway@khhte.com |

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Beverly C. Moore
Kellogg Huber Hansen Todd Evans & Figel, P.L.L.C.
1615 M STreet N.W.
Suite 400
Washington, DC 20036-3209

Melanie L. Bostwick
Kellogg Huber Hansen Todd Evans & Figel. P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036-3209

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**