**\*\* E-filed May 18, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITZ CAMERA & IMAGE, LLC, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION,<br><br>Defendant._____/ | No. C10-02787 JF (HRL)<br><br>**ORDER FOLLOWING DISCOVERY PLANNING CONFERENCE** |

On May 17, 2011, the Court and counsel met for a discovery planning conference concerning electronically-stored information ("ESI"). As a result, the Court concludes: (1) The parties may depose the opposing parties' heads of information technology for the purpose of identifying the location(s), storage accessibility, systems management, handling, and retention of all potentially relevant ESI. Alternatively, these employees may informally meet and confer about the same. (2) The parties shall continue to meet and confer with respect to an electronic discovery plan, and, if one is agreed upon, they may submit it to the Court for approval. If they cannot agree on one, each may submit its most "evenhanded" version to the Court, which will chose one or the other. (3) Neither party may file a discovery motion without first contacting the Court for guidance on how to proceed.

**IT IS SO ORDERED.**

Dated: May 18, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE


**C10-02787 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Colleen Duffy-Smith | cduffysmith@mdstlaw.com, acalderon@mdstlaw.com |
| David W. Hansen | dhansen@skadden.com, alissa.turnipseed@skadden.com |
| James Patrick Schaefer | james.schaefer@skadden.com, aturnips@skadden.com, lrogers@skadden.com, nwilkes@skadden.com |
| Joseph S. Hall | jhall@khhte.com |
| Kfir B. Levy | klevy@khhte.com |
| Lara Anne Rogers | lara.rogers@skadden.com |
| Raoul Dion Kennedy | rkennedy@skadden.com, khartley@skadden.com, nathaniel.wilkes@skadden.com |
| Robert Stephen Berry | sberry@berrylawpllc.com, awoehler@berrylawpllc.com |
| Steven F. Benz | sbenz@khhte.com, itushe@khhte.com, sattaway@khhte.com |

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Beverly C. Moore
Kellogg Huber Hansen Todd Evans & Figel, P.L.L.C.
1615 M STreet N.W.
Suite 400
Washington, DC 20036-3209

Melanie L. Bostwick
Kellogg Huber Hansen Todd Evans & Figel. P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036-3209

William J. Conynham
Kellogg, Huber, Hansen, Todd, Evans & Figel
1615 M Street NW
Ste. 400
Washington DC, 20036-3209

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**