UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RITZ CAMERA & IMAGE, LLC, a Delaware limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANDISK CORPORATION; ELIYAHOU HARARI,<br><br>Defendants. | Case No: C 10-2787 SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

On September 7, 2011, the Honorable Jeremy Fogel granted Defendants' request to certify his Order of February 24, 2011 for interlocutory appeal to the Federal Circuit. Dkt. 84. In addition, Judge Fogel granted Defendants' request to stay discovery pending resolution of the appeal. Id. On September 28, 2011, the action was reassigned from Judge Fogel to this Court. Dkt. 86. Given that no further action in this case is contemplated during the pendency of the appeal, the Court finds good cause to hold the matter in abeyance until such time as the Federal Circuit resolves the pending appeal. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action is ADMINISTRATIVE CLOSED and the action shall be held in ABEYANCE pending further order of the Court.

2. Within seven (7) days of the Federal Circuit's ruling on Defendants' appeal, the parties shall jointly notify the Court and request the scheduling of a Case Management Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge