1

2                          UNITED STATES DISTRICT COURT

3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                    OAKLAND DIVISION

5

6    RITZ CAMERA & IMAGE, LLC, a                    Case No:  C 10-02787  SBA
7    Delaware limited liability company, on behalf
     of itself and all others similarly situated,   **ORDER**

8                          Plaintiff,               Docket 100

9           vs.

10
     SANDISK CORPORATION; ELIYAHOU
11   HARARI,

12                         Defendants.

13

14

15          On January 23, 2013, Plaintiff filed a motion entitled "Plaintiff's Unopposed Motion

16   to Return this Matter to the Hon. Jeremy Fogel with Return of Mandate."  Dkt. 100.

17   Plaintiff requests that this case be "returned" to Judge Fogel now that the mandate has been

18   issued by the United States Court of Appeals for the Federal Circuit.  <u>Id.</u>  However, because

19   Judge Fogel is no longer serving as a judge in the Northern District of California, Plaintiff's

20   motion is DENIED.

21          Accordingly,

22          IT IS HEREBY ORDERED THAT:

23          1.      Plaintiff's Unopposed Motion to Return this Matter to the Hon. Jeremy Fogel

24   with Return of Mandate is DENIED.

25          2.      A Case Management Conference is scheduled for **February 27, 2013 at 2:45**

26   **p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and

27   prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing

28   the joint statement no less than seven (7) days prior to the conference date.  The joint

statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

      3.      This Order terminates Docket 100.

      IT IS SO ORDERED.

Dated:      1/25/13

                           SAUNDRA BROWN ARMSTRONG
                           United States District Judge