UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate,<br><br>On Behalf of the Ritz Estate and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANDISK CORPORATION,<br><br>Defendant. | Case No: C 10-02787 SBA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Docket 145 |

On September 10, 2013, Plaintiff Alfred T. Giuliano, Chapter 7 Trustee of the Ritz bankruptcy estate ("Plaintiff"), filed a motion for leave to file a third amended complaint ("TAC"). Dkt. 145. Defendant SanDisk Corporation does not oppose the motion. Dkt. 146.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for leave to file a TAC is GRANTED. Plaintiff shall file the proposed TAC within seven (7) days from the date this Order is filed.

2. This Order terminates Docket 145.

IT IS SO ORDERED.

Dated: 10/1/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge