UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED T. GIULIANO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SANDISK CORPORATION, et al.,<br><br>    Defendants. | Case No. 10-cv-02787-SBA   (JSC)<br><br>**ORDER RE: MOTION TO ENFORCE THIRD-PARTY SUBPOENA**<br><br>Re: Dkt. No. 167 |

Now pending before the Court is Plaintiffs' discovery letter brief regarding enforcement of a document subpoena on third party FTI Consulting. (Dkt. No. 167.) FTI Consulting and Plaintiffs are directed to meet and confer on the dispute, in person or by telephone, no later than the close of business Wednesday, March 12, 2014. If a dispute remains following the meet and confer, FTI Consulting shall file a responsive letter brief, not to exceed three pages, on or before March 17, 2014. FTI Consulting may attach to its letter brief whatever exhibits or declarations it deems appropriate. After receipt of FTI Consulting's response, the Court will advise the parties if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: March 10, 2014

                                                         _____
                                                         JACQUELINE SCOTT CORLEY
                                                         United States Magistrate Judge