UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

ALFRED T. GIULIANO, Chapter 7 ) 
Trustee of the Ritz Estate, on Behalf ) **CASE NO. CV 10-02787-SBA**
of the Ritz Estate; CPM Electronics Inc.; )
and E.S.E. Electronics, Inc. ) **ORDER GRANTING**
) **JOINT STIPULATION TO ENLARGE**
Plaintiffs, ) **TIME TO FILE CLASS**
) **CERTIFICATION BRIEFING**
v. )
)
SANDISK CORPORATION )
)
Defendant. )

This matter coming before the Court on the parties' Joint Stipulation to Enlarge Time to File Class Certification Briefing, as follows:

|  | Current date | Requested date |
|---|---|---|
| Plaintiffs' class certification motion due | 5/2/2014 | 6/27/2014 |
| SanDisk's opposition to Plaintiffs' class certification motion due | 6/13/2014 | 8/8/2014 |
| Plaintiffs' reply due | 7/14/2014 | 9/8/2014 |
| Hearing on Plaintiffs' class certification motion | 7/29/2014 | 9/16/2014 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17th day of April, 2014.

_____
**HON. SAUNDRA B. ARMSTRONG**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**

**[Proposed] Order Granting Joint Stipulation to Enlarge Time to File Class Certification Briefing**             Case No. CV 10-02787-SBA