UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc.; and E.S.E. Electronics, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SANDISK CORPORATION<br><br>Defendant. | CASE NO. CV 10-02787-SBA<br><br>ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION BRIEFING |

This matter coming before the Court on the parties' Joint Stipulation to Enlarge Time to File Class Certification Briefing, as follows:

| | Current date | Requested date |
|---|---|---|
| Plaintiffs' class certification motion due | 5/2/2014 | 6/27/2014 |
| SanDisk's opposition to Plaintiffs' class certification motion due | 6/13/2014 | 8/8/2014 |
| Plaintiffs' reply due | 7/14/2014 | 9/8/2014 |
| Hearing on Plaintiffs' class certification motion | 7/29/2014 | 9/16/2014 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17th day of April, 2014.

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[Proposed] Order Granting Joint Stipulation to Enlarge Time to File Class Certification Briefing

Case No. CV 10-02787-SBA