UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED T. GIULIANO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANDISK CORPORATION, et al., <br><br> Defendants. | Case No. 10-cv-02787-SBA (JSC) <br><br> **ORDER RE: DOCKET NUMBER 206** |

Non-party SK hynik America, Inc. moves for an emergency motion to stay the Court's May 9, 2014 Order, or, alternatively, a motion for a protective order or a motion for reconsideration in light of Defendants' motion to dismiss the Third Amended Complaint. The motions are DENIED. Defendant SanDisk answered the Third Amended Complaint more than six months ago. (Dkt. No. 157.) Further, much of the discovery ordered by the May 9 Order was in accordance with what SK hynix America, Inc. offered to produce. (Dkt. No. 197 at 8 ("SKHA is agreeable to producing quarterly U.S. sales information for finished NAND flash products that Ritz likely purchased from SanDisk between 2007 and 2010, *i.e.,* USB drives, SD cards, CompactFlash cards, and MMC cards, that SKHA maintains in the ordinary course of business.").)

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge