UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

|   |   |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc.; and E.S.E. Electronics, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SANDISK CORPORATION<br><br>Defendant. | CASE NO. CV 10-02787-SBA<br><br>ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION BRIEFING AND TO MODIFY OTHER CASE DEADLINES |

This matter coming before the Court on the parties' Joint Stipulation to Enlarge Time to File Class Certification Briefing and to Modify Other Case Deadlines, as follows:

|  | Current date | Requested date |
|---|---|---|
| Plaintiffs' class certification motion due | 6/27/2014 | 8/26/2014 |
| SanDisk's opposition to Plaintiffs' class certification motion due | 8/8/2014 | 10/7/2014 |
| Plaintiffs' reply due | 9/8/2014 | 11/7/2014 |
| Hearing on Plaintiffs' class certification motion | 9/16/2014 | 11/14/2014 |
| Discovery cut-off | 9/16/2014 | 11/14/2014 |
| Parties' designation of experts | 9/16/2014 | 11/14/2014 |
| Parties' rebuttal expert disclosure | 10/14/2014 | 12/12/2014 |
| Close of expert discovery | 11/11/2014 | 1/12/2015 |
| Motion cut-off | 1/13/2015 | 3/16/2015 |
| Parties must lodge two copies of settlement conference statements | 1/21/2015 | 1/28/2015 |
| Mandatory settlement conference period | 1/28/2015 | 2/4/2015 |
| Joint pre-trial statement, trial briefs, proposed findings of fact, witness lists, designation of discovery excerpts, proposed jury instructions, proposed jury voir dire and verdict forms, and exhibit lists | 3/3/2015 | 5/4/2015 |
| Motions in limine and objections to | 3/10/2015 | 5/11/2015 |

[Proposed] Order Granting Joint Stipulation to Enlarge Time to File Class Certification Briefing and to Modify Other Case Deadlines

Case No. CV 10-02787-SBA

| | | |
|---|---|---|
| evidence | | |
| Responses to motions in limine and objections to evidence | 3/17/2015 | 5/18/2015 |
| Replies to motions in limine and objections to evidence | 3/24/2015 | 5/25/2015 |
| Pretrial Conference | 4/7/2015 | 6/8/2015 |
| Trial date | 4/20/2015 | 6/22/2015 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17th day of June, 2014.

*Saundra B Armstrong*
**HON. SAUNDRA B. ARMSTRONG**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**

**[Proposed] Order Granting Joint Stipulation to Enlarge Time to File Class Certification Briefing and to Modify Other Case Deadlines**  **Case No. CV 10-02787-SBA**