UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

|   |   |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc.; and E.S.E. Electronics, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>SANDISK CORPORATION<br><br>Defendant. | CASE NO. CV 10-02787-SBA<br><br>ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION BRIEFING |

This matter coming before the Court on the parties' Joint Stipulation to Enlarge Time to File Class Certification Briefing, as follows:

|   | Current date | Requested date |
|---|---|---|
| Plaintiffs' class certification motion due | 8/26/2014 | 9/2/2014 |
| SanDisk's opposition to Plaintiffs' class certification motion due | 10/7/2014 | 10/21/2014 |
| Plaintiffs' reply due | 11/7/2014 | 11/21/2014 |
| Hearing on Plaintiffs' class certification motion | 11/14/2014 | 12/1/2014 |
| Discovery cut-off | 11/14/2014 | 11/14/2014 |
| Parties' designation of experts | 11/14/2014 | 11/14/2014 |
| Parties' rebuttal expert disclosure | 12/12/2014 | 12/12/2014 |
| Close of expert discovery | 1/12/2015 | 1/12/2015 |
| Motion cut-off | 3/16/2015 | 3/16/2015 |
| Parties must lodge two copies of settlement conference statements | 1/28/2015 | 1/28/2015 |
| Mandatory settlement conference period | 2/4/2015 | 2/4/2015 |
| Joint pre-trial statement, trial briefs, proposed findings of fact, witness lists, designation of discovery excerpts, proposed jury instructions, proposed jury voir dire and verdict forms, and exhibit lists | 5/4/2015 | 5/4/2015 |
| Motions in limine and objections to | 5/11/2015 | 5/11/2015 |

[Proposed] Order Granting Joint
Stipulation to Enlarge Time to File
Class Certification Briefing

Case No. CV 10-02787-SBA

| | | |
|---|---|---|
| evidence | | |
| Responses to motions in limine and objections to evidence | 5/18/2015 | 5/18/2015 |
| Replies to motions in limine and objections to evidence | 5/25/2015 | 5/25/2015 |
| Pretrial Conference | 6/8/2015 | 6/8/2015 |
| Trial date | 6/22/2015 | 6/22/2015 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this **25th** day of **August**, 2014.

*Saundra B. Armstrong*
**HON. SAUNDRA B. ARMSTRONG**
 **UNITED STATES DISTRICT JUDGE**
 **NORTHERN DISTRICT OF CALIFORNIA**

---

**[Proposed] Order Granting Joint
Stipulation to Enlarge Time to File
Class Certification Briefing**

Case No. CV 10-02787-SBA