UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc.; E.S.E. Electronics, Inc.; and MFLASH, Inc. On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDISK CORPORATION<br><br>Defendant. | CASE NO. CV 10-02787-SBA<br><br>ORDER GRANTING MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON PLAINTIFFS' MOTION TO STAY DISCOVERY AND OTHER CASE DEADLINES PENDING RESOLUTION OF PLAINTIFFS' MOTION TO CERTIFY CLASS |

This matter coming before the Court on Plaintiffs' Motion to Shorten Time for Briefing and Hearing on Plaintiffs' Motion to Stay Discovery and Other Case Deadlines Pending Resolution of Plaintiffs' Motion to Certify Class, as follows:

| | Current date | Requested date |
|---|---|---|
| SanDisk's opposition to Plaintiffs' Motion to Stay due | 10/20/2014 | Five days after Court's ruling on Motion to Shorten Time for Briefing and Hearing |
| Plaintiffs' reply due | Seven days after SanDisk's opposition | Two days after SanDisk's opposition |
| Hearing on Plaintiffs' Motion to Stay | 11/18/2014 | 10/24/2014, or at the Court's earliest convenience |

IT IS SO ORDERED.

DATED this **10th** day of **October**, 2014.

*Saundra B. Armstrong*
**HON. SAUNDRA B. ARMSTRONG**
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[Proposed] Order Granting Motion to Shorten Briefing and Hearing Schedule for Plaintiffs' Motion to Stay     Case No. CV 10-02787-SBA