UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate; CPM ELECTRONICS INC.; E.S.E. ELECTRONICS, INC.; and MFLASH, INC., on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SANDISK CORPORATION,<br><br>      Defendant. | Case No: C 10-02787 SBA<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for June 8, 2015, the trial date of June 22, 2015, and the associated deadlines for filing pretrial documents, motions in limine, and objections to evidence are VACATED. The Court will reschedule these matters following the Court's resolution of Plaintiffs' motion for class certification and SanDisk Corporation's motion for summary judgment.

IT IS SO ORDERED.

Dated: April 28, 2015

                                         _Saundra B. Armstrong_
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge