UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate; CPM ELECTRONICS INC.; E.S.E. ELECTRONICS, INC.; and MFLASH, INC., on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SANDISK CORPORATION,<br><br>    Defendant. | Case No:  C 10-02787 SBA<br><br>**ORDER** |

On May 14, 2015, the Court issued an order denying Defendant's motion to exclude and granting in part Plaintiffs' motion to certify class and for appointment of class counsel. Dkt. 302.  This order was filed under seal pending further order of the Court because it may contain information within the scope of the parties' protective order.  <u>Id.</u>  The Court directed the parties to jointly advise the Court which facts, if any, they contend should be redacted from the public version of this order, and to provide the Court with the legal authority for such request by no later than May 29, 2015.  <u>Id.</u>  On May 28, 2015, the parties filed a joint letter advising the Court that neither party wishes to redact any portion of the order. Dkt. 303.  Accordingly, the order filed at Docket 302 shall be unsealed.

IT IS SO ORDERED

Dated: May 28, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge