UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 & Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc.; E.S.E. Electronics, Inc.; and MFLASH, Inc., <br><br>On Behalf of Themselves and All Others Similarly Situated, <br><br>            Plaintiffs, <br><br>       v. <br><br>SANDISK CORPORATION, <br><br>            Defendant. | CASE NO.  CV 10-02787-SBA <br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE REPLY BRIEFS |

This matter coming before the Court on the parties' Joint Stipulation to Extend Time to File Reply Briefs, as follows:

| | Current date | Requested date |
|---|---|---|
| Defendant's Reply in Support of Motion for Summary Judgment | 11/20/2015 | 11/25/2015 |
| Defendant's Reply in Support of Motion To Exclude Opinion and Testimony of Plaintiffs Expert Dr. Ryan Sullivan | 11/20/2015 | 11/25/2015 |
| Hearing on Defendant's Motion for Summary Judgment; Motion to File Under Seal; and Motion to Exclude Opinion and Testimony of Plaintiffs' Expert Dr. Ryan Sullivan | 1/13/2016 | No Change |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this  13  day of  November , 2015.

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA