UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED T. GIULIANO, Chapter 7 Trustee of the Ritz Estate, on Behalf of the Ritz Estate; CPM Electronics Inc., E.S.E. Electronics, Inc., and MFLASH, Inc. on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SANDISK CORPORATION,<br><br>          Defendant. | Case No:  C 10-2787 SBA<br><br>**ORDER WITHDRAWING REFERENCE**<br><br>Dkt. 345 |

IT IS HEREBY ORDERED THAT the Order of Reference pertaining to Plaintiff's Objections to Defendant's Bill of Costs is WITHDRAWN.

IT IS SO ORDERED.

Dated:  5/26/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge